# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>　JOSE A. CANALES, )<br>)<br>　　　　　Debtor. )<br>_____) | Adversary Case No. 19-01045 |
| )<br>CYNTHIA GASIC, )<br>　　　　Plaintiff, )<br>)<br>v. )<br>) <br>JOSE A. CANALES, )<br>　　　　Defendant. ) | Lead Case No. 18-32033 |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES CYNTHIA GASIC, by and through her attorneys, DEUTSCHMAN & SKAFISH, P.C., and in support of her Motion for Default Judgment, respectfully states as follows:

1. On December 19, 2019, CYNTHIA GASIC filed her Adversary Complaint pursuant to U.S.C. 523(a)(6) (see Doc. No. 1).

2. JOSE A. CANALES was required to answer or otherwise plead to the adversary complaint by January 18, 2020 (see Doc. No. 2).

3. The Adversary Complaint and Summons were properly served on JOSE A. CANALES on December 19, 2019 (see Doc. No. 5).

4. As of the filing of this motion, JOSE A. CANALES still has not answered the complaint or otherwise pleaded.

5. The summons issued to JOSE A. CANALES states that failure to respond to the summons "WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT" (see Doc. No. 5).

WHEREFORE, the petitioner respectfully requests:

a) That JOSE A. CANALES be found in default on Adversary Proceeding 19-01045;

b) That Judgment be entered for CYNTHIA GASIC and against JOSE A. CANALES prohibiting dischargeability of the debt owed by JOSE A. CANALES to CYNTHIA GASIC arising out of Cook County Case No. 17 L 441; and

c) That the Petitioner have other and further relief as this Court deems just and proper.

        Respectfully submitted,
        **DEUTSCHMAN & ASSOCIATES, P.C.**

        _____/s/ Bradley A. Skafish_____
        Attorney for Petitioner

Bradley A. Skafish
**DEUTSCHMAN & ASSOCIATES, P.C.**
77 West Washington Street - Suite 1525
Chicago, IL  60602
(312) 419-1600
ARDC # 6278462

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> **JOSE A. CANALES,** ) <br> ) <br> **Debtor.** ) <br> _____) <br> ) <br> **CYNTHIA GASIC,** ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **JOSE A. CANALES,** ) <br> **Defendant.** ) | Adversary Case No.  19-01045 <br><br><br> Lead Case No.        18-32033 |

## JUDGMENT BY DEFAULT

THIS CAUSE COMING on Petitioner, CYNTHIA GASIC's Motion for Default Judgment, all parties having received notice and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

- That JOSE A. CANALES be found in default on Adversary Proceeding 19-01045;

- That Judgment be entered for CYNTHIA GASIC and against JOSE A. CANALES prohibiting dischargeability of the debt(s) owed by JOSE A. CANALES to CYNTHIA GASIC arising out of Cook County Case No. 17 L 441.

Bradley A. Skafish                        _____ , _____
**DEUTSCHMAN & SKAFISH, P.C.**            **ENTERED:**
77 West Washington Street
Suite 1525
Chicago, Illinois 60602                   _____
(312) 419-1600                            **Judge**                    **Judge's No.**
ARDC # 6278462

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **JOSE A. CANALES,** ) | |
| ) | |
| **Debtor.** ) | |
| _____) | Adversary Case No. 19-01045 |
| ) | |
| **CYNTHIA GASIC,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Lead Case No.       18-32033 |
| **JOSE A. CANALES,** ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

To:   Jose A. Canales, 2309 Gaylord Road, Joliet, IL 60435 (Via U.S. Mail)
Christina Banyon, CKB Lawyers, LLC, 124 N. Scott Street, Joliet, IL 60342 (Via ECF)
David M. Siegel & Assoc., 790 Chaddick Dr., Wheeling, IL 60090 (Via ECF)
Glenn B. Stearns, 801 Warrenville Rd. – 650, Lisle, IL 60532 (Via ECF)

On **Friday, February 14, 2020, at 10:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Judge LaShonda A. Hunt** or any judge sitting in his/her stead in the courtroom usually occupied by him/her on the **2nd Floor** of the **Joliet City Hall, 150 W. Jefferson Street, Joliet, Illinois 60432**, and then and there present the attached **Motion for Default Judgment**.

     /s/ Bradley A. Skafish           

**DEUTSCHMAN & SKAFISH, P.C.**
Attorneys for Adversary Plaintiff
77 W. Washington Street - Suite 1525
Chicago, IL 60602
(312) 419-1600

## PROOF OF SERVICE

The undersigned, an attorney, on oath states that he/she served this notice via electronic filing or U.S. Mail (as noted above) on or before the hour of 5:00 p.m. on **January 24, 2020**.

     /s/ Bradley A. Skafish