# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JOSE A. CANALES,** | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Adversary Case No. 19-01045 |
| | ) | |
| **CYNTHIA GASIC,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Lead Case No.   18-32033 |
| **JOSE A. CANALES,** | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Jose A. Canales, 2309 Gaylord Road, Joliet, IL 60435 (Via U.S. Mail)
Christina Banyon, CKB Lawyers, LLC, 124 N. Scott Street, Joliet, IL 60342 (Via ECF)
David M. Siegel & Assoc., 790 Chaddick Dr., Wheeling, IL 60090 (Via ECF)
Glenn B. Stearns, 801 Warrenville Rd. – 650, Lisle, IL 60532 (Via ECF)

On **Friday, February 14, 2020, at 10:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Judge LaShonda A. Hunt** or any judge sitting in his/her stead in the courtroom usually occupied by him/her on the **2nd Floor** of the **Joliet City Hall, 150 W. Jefferson Street, Joliet, Illinois 60432**, and then and there present the attached **Motion for Default Judgment**.

   /s/ Bradley A. Skafish

**DEUTSCHMAN & SKAFISH, P.C.**
Attorneys for Adversary Plaintiff
77 W. Washington Street - Suite 1525
Chicago, IL 60602
(312) 419-1600

## PROOF OF SERVICE

The undersigned, an attorney, on oath states that he/she served this notice via electronic filing or U.S. Mail (as noted above) on or before the hour of 5:00 p.m. on **January 24, 2020**.

   /s/ Bradley A. Skafish